# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALEXANDER RESTO-HERNANDEZ,**

        **Plaintiff,**

**-vs-**                              **Case No.  6:12-cv-377-Orl-28DAB**

**TEREX UTILITIES, INC., TEREX-TELELECT, INC., UTILITY EQUIPMENT LEASING CORPORATION, DUECO, INC.,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Motion to Remand (Doc. No. 23) filed April 13, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed May 23, 2012 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Motion to Remand is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13th___ day of June, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge